# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sharon Robinson,  Civ. No. 08-694 (DSD/JJK)

      Plaintiff,

v.

Michael J. Astrue,  **ORDER**

      Defendant.

Fay E. Fishman, Esq., Peterson & Fishman, counsel for Plaintiff.

Lonnie F. Bryan, Esq., Assistant United States Attorney, counsel for Defendant.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 19, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Petition for Attorney's Fees (Doc. No. 25) is **GRANTED**; and

    2.    The Government shall pay Plaintiff $8,878.63 in fees and expenses.

Date: June 4, 2009

                                                        s/David S. Doty  
                                                        David S. Doty  
                                                        United States District Judge